UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.**, as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

    Plaintiff,

-against-

ANDRES BUENO, Individually, and d/b/a TACOS BUENOS, and TACOS BUENOS,

    Defendants.

---

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Civil Action No.

FILED: JUNE 11, 2008
08CV3356
JUDGE LEINENWEBER
MAGISTRATE JUDGE MASON
TC

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: June 10, 2008
       Ellenville, New York

                    **J & J SPORTS PRODUCTIONS, INC.**

                    By: /s/Julie Cohen Lonstein
                        JULIE COHEN LONSTEIN, ESQ.
                        Attorney for Plaintiff
                        Bar Roll No. 90784647
                        LONSTEIN LAW OFFICE, P.C.
                        Office and P.O. Address
                        1 Terrace Hill : P.O. Box 351
                        Ellenville, NY 12428
                        Telephone: (845) 647-8500
                        Facsimile: (845) 647-6277
                        Email: Info@signallaw.com
                        *Our File No. 07-18IL-N05V*