UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.**, as Broadcast Licensee of the **November 23, 2007 Vargas/Mayorga** Program,

Plaintiff,

-against-

ANDRES BUENO, Individually, and d/b/a TACOS BUENOS, and TACOS BUENOS,

Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No.

FILED: JUNE 11, 2008
08CV3356
JUDGE LEINENWEBER
MAGISTRATE JUDGE MASON

TC

COME NOW the Plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated:  June 10, 2008
        Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: /s/Julie Cohen Lonstein
    JULIE COHEN LONSTEIN, ESQ.
    Attorney for Plaintiff
    Bar Roll No. 90784647
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    1 Terrace Hill : P.O. Box 351
    Ellenville, NY 12428
    Telephone: (845) 647-8500
    Facsimile:  (845) 647-6277
    Email: Info@signallaw.com
    *Our File No. 07-18IL-N05V*