UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **November 23, 2007
Vargas/Mayorga** Program,

                    Plaintiff,

   -against-                                      **NOTICE OF DISMISSAL**
                                                  Civil Action No.08-CV-3356-HDL-MTM

ANDRES BUENO, Individually, and d/b/a TACOS
BUENOS, and TACOS BUENOS,
                                        Defendants.
-----------------------------------------------------------------

        J & J Sports Productions, Inc.,  Plaintiff in the above entitled action, having compromised

this action and no party herein being an infant or incompetent for whom a committee has been

appointed and there being no person not a party who has any interest in the subject matter of said

action, hereby moves  that the above entitled action, be dismissed without prejudice and without

costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 11, 2008
        Ellenville, New York

                                        By: /s/ Julie Cohen Lonstein
                                        Julie Cohen Lonstein, Esq.
                                        Bar Roll No.  JL8512
                                        Lonstein Law Office, P.C.
                                        Attorneys for Plaintiff
                                        1 Terrace Hill; PO Box 351
                                        Ellenville, NY 12428
                                        Telephone:  845-647-8500
                                        Facsimile:   845-647-6277
                                        *Our File No. 07-18IL-N05*